[No. 13595.   Department One.   January 13, 1917.]

EMMA WOMACH et al., Respondents, v. AMANDA SANDYGREN et al., Appellants, SPRAGUE ROCHDALE STORE COMPANY et al., Interveners.[1]

RECEIVERS—APPOINTMENT—CROPS. A *prima facie* case for the appointment of a receiver *pendente lite* is made out, where a cotenant was endeavoring to take charge of certain crops lying in the field at the mercy of the elements, and refused to make any statement or account for the same.

APPEAL—REVIEW—DISCRETION. The appointment of a receiver *pendente lite* on a *prima facie* showing will not be disturbed on appeal in the absence of abuse of discretion.

Appeal from an order of the superior court for Lincoln county, Sessions, J., entered March 21, 1916, appointing a receiver pending an action for partition. Affirmed.

*Martin & Jesseph*, for appellants.

WEBSTER, J.—Pending an action for partition of lands among tenants in common, respondents moved for the ap-

[1]Reported in 162 Pac. 354.

pointment of a receiver *pendente lite*, and filed in support of
the motion an affidavit showing, in substance, that a part of
the land was in cultivation and that it was necessary that
the same be put in crop for the ensuing season; that certain
crops grown during the year 1915 were lying in the field
where cut, at the mercy of the elements; that Amanda
Sandygren, one of the cotenants, was endeavoring to take
charge of the crops and refused to make any statement of
the amount of grain grown or to account for same. Amanda
Sandygren filed a counter affidavit, in effect denying the
affidavit of respondents. On the showing so made, a receiver
was appointed to take charge of all crops sown and grown
on the premises and to safely keep the same until the final
determination of the action.

The affidavit in support of the motion presents a *prima
facie* case for the appointment. of a receiver and, upon the
record before us, we are unable to say that the trial court
abused its discretion in the premises.

Affirmed.

ELLIS, C. J., MORRIS, MAIN, and CHADWICK, JJ., concur.